IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONALD WAYNE EASTMAN                                                         PLAINTIFF

VS.                                      CASE NO. 06-CV-1069

UNITED STATES OF AMERICA                                                     DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of Defendant United States of America. (Doc. No. 32). Plaintiff Donald Wayne Eastman has responded to the motion by filing a Motion for Summary Judgment. (Doc. No. 40). The Defendant has responded to Plaintiff's motion. (Doc. No. 43). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant United States of America's Motion for Summary Judgment should be and hereby is **granted**. Plaintiff Donald Wayne Eastman's Motion for Summary Judgment should be and hereby is **denied.** Plaintiff's claims against the Defendant are hereby **dismissed with prejudice.**

IT IS SO ORDERED, this 19th day of August, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge